ALBANY ·BUILDERS SUPPLY COMPANY, Appellant, *v.* STANDARD BUILDING CORPORATION et al., Respondents, Impleaded with Others.

(Argued March 21, 1934; decided April 17, 1934.)

*William E. Fitzsimmons* for appellant.

*C. Emory Lochner* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ.  Not sitting: KELLOGG, J.